# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JUSTIN THORNHILL

VERSUS

CHRISTINE ROUSSEAU, ET AL.

NO.  2025 CW 0643

**OCTOBER 23, 2025**

---

In Re:  Christine Monistere, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20250001381.

---

**BEFORE:  THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court's June 6, 2025 order which set the Ex Parte Motion for Additional Interrogatories for hearing is vacated. During an entire proceeding, written interrogatories shall not exceed thirty-five in number, including subparts, without leave of court. Additional interrogatories, not to exceed thirty-five in number including subparts, shall be allowed upon ex parte motion of any party. La. Code Civ. P. art. 1457(B). The Ex Parte Motion for Additional Interrogatories filed by defendant, Christine Monistere, is granted.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT